GILDA A. STILL v. DOROTHY M. FREEBURG.

June 26, 1987.

Petition for certification denied.

CHARLES WEISGLASS v. PONZIO'S DINER.

June 26, 1987.

Petition for certification denied.

MICHAEL MCCALLA v. HARNISCHFEGER CORPORATION.

June 26, 1987.

Petition for certification denied.   (See 215 *N.J.Super.* 160)

MICHAEL MCCALLA v. HARNISCHFEGER CORPORATION.

June 26, 1987.

Cross petition for certification denied.   (See 215 *N.J.Super.* 160)